IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kessens-Lamb, Stefanie

Printed: 1/8/08

Case Number: 06 B 03634
Judge: Hollis, Pamela S
Filed: 4/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 19, 2007
Confirmed: July 10, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,102.00 |  |
| Secured: |  | 4,083.14 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,669.00 |
| Trustee Fee: |  | 349.86 |
| Other Funds: |  | 0.00 |
| Totals: | 7,102.00 | 7,102.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Brookins & Wilson | Administrative | 2,669.00 | 2,669.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,603.00 | 440.00 |
| 4. | HSBC Mortgage Services | Secured | 18,517.41 | 3,643.14 |
| 5. | American General Finance | Unsecured | 2,454.90 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 88.59 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 0.03 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 474.90 | 0.00 |
| 9. | City of Country Club Hills | Unsecured |  | No Claim Filed |
| 10. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
| 11. | Brasky & Fledner | Unsecured |  | No Claim Filed |
| 12. | City of Country Club Hills | Unsecured |  | No Claim Filed |
| 13. | City of Country Club Hills | Unsecured |  | No Claim Filed |
| 14. | Cub Foods | Unsecured |  | No Claim Filed |
| 15. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 16. | City of Country Club Hills | Unsecured |  | No Claim Filed |
| 17. | Dominick's Finer Foods | Unsecured |  | No Claim Filed |
| 18. | Ludstrom Jewelers | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | T Mobile USA | Unsecured |  | No Claim Filed |
| 21. | Hollywood Entertainment | Unsecured |  | No Claim Filed |
| 22. | Pier 1 Imports Inc | Unsecured |  | No Claim Filed |
| 23. | Reproductive Genetics Inst | Unsecured |  | No Claim Filed |
| 24. | Hollywood Video | Unsecured |  | No Claim Filed |
| 25. | Reproductive Genetics Inst | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kessens-Lamb, Stefanie | Case Number: 06 B 03634 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 1/8/08 | Filed: 4/5/06 |

| 26. | USA Payday Loans | Unsecured | | No Claim Filed |
| 27. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,807.83 | $ 6,752.14 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 119.05 |
| 4.8% | 193.01 |
| 5.4% | 37.80 |
| | _____ |
| | $ 349.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Marsh_____